IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| A.K.G., a minor; Austin Gunter; Aaron Vanbuskirk; and Melissa Gunter, next of friend, <br><br> Plaintiffs, <br><br> v. <br><br> State of Oklahoma, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIV-23-706-SLP |

## **O R D E R**

Plaintiff has filed a Motion under 28 U.S.C. § 2255 styled as a "Motion to Vacate" [Doc. No. 18]. Upon review, the Motion includes multiple exhibits which are sealed state court records from juvenile and guardianship proceedings in the District Court of Pottawatomie County, State of Oklahoma, in addition to other documents related to those proceedings. *See* [Doc. No. 18-1]. The Court finds the State of Oklahoma's "countervailing interest[]" in maintaining the privacy of juvenile proceedings "heavily outweigh[s] the public interest in access" to those records. *United States v. Bacon*, 950 F.3d 1286, 1293 (10th Cir. 2020).

Accordingly, the Court hereby directs the Clerk of Court to seal all exhibits to the Motion [Doc. No. 18-1] in their entirety.

IT IS SO ORDERED this 15th day of December, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE